

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

FILED
2003 NOV 19  P 3:09

ROSEANN B. MACKECHNIE
    CLERK

DC Initials: NHCT
DC Dkt#: 02-CV-1207
DC Judge: THOMPSON

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 24th day of November two thousand three.

Interstate Flagging

v.

Town of Darien



Docket No. 03-9012

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

> The appellant herein not having so proceeded,
> upon consideration thereof, it is
> ordered that the appeal from the order of August 21, 2003
> United States District Court for the District of New Haven
> Connecticut be and it hereby is dismissed.

ROSEANN B. MACKECHNIE, Clerk

By: *Tammy Martinez*
Tammy Martinez
Deputy Clerk, USCA

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Tammy Martinez*
    DEPUTY CLERK

CERTIFIED: 11/14/03 TM