UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERSTATE FLAGGING, INC. | ) ) ) | CIVIL ACTION NO. 302cv1207 (AWT) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JAMES A. WALTERS, ET AL | ) ) | |
| Defendants. | ) | JANUARY 6, 2004 |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b) and Local Rule 9(c), the Defendant in the above-captioned action, JAMES A. WALTERS, moves this Court for an order granting summary judgment in his favor on Count One of the Plaintiff's Amended Complaint dated December 8, 2003.

The Defendant maintains that no genuine triable issue of material fact exists and that it is entitled to judgment as a matter of law based upon the following:

1. The Defendant, JAMES A. WALTERS, was not the Chief of Police during the relevant time period set forth in Count One of the Plaintiff's Complaint.

2. During the relevant time period set forth in the Plaintiff's Complaint, the Defendant had no responsibility for over any of the policies, practices, regulations and customs of the Greenwich Police Department at issue in this case and which form the basis of the Plaintiff's claim for tortious interference with contract by the Defendant.

3. The Defendant had no supervisory authority over Mark Kordick or any Town of Greenwich police officers accused of tortiously interfering with the Plaintiff's contractual relations.

The Defendant submits the attached Local Rule 9(c)1 Statement and Memorandum of Law in support of this Motion.

```
                              DEFENDANT,
                              JAMES A. WALTERS


                        BY: _____
                            Jonathan P. Whitcomb/ct15014
                            DISERIO MARTIN O'CONNOR &
                              & CASTIGLIONI LLP  #102036
                            One Atlantic Street
                            Stamford, CT  06901
                            (203) 358-0800
```

## ORDER

The foregoing Motion, having been heard by the Court, it is hereby GRANTED/DENIED.

BY THE COURT

_____
Judge/Assistant Clerk

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing has been mailed, postage prepaid, to the following counsel and parties of record:

James S. Brewer, Esq.
818 Farmington Avenue
West Hartford, CT 06119

Karen L. Burnaska, Selectman
Town Hall
7 Fan Hill Road
Monroe, CT 06468-1800

Kenneth S. Halaby, First
Selectman
Town Hall
5866 Main Street
Trumbull, CT 06611-3193

William W. Dickinson, Jr.,
Mayor
Municipal Building
P.O. Box 427
Wallingford, CT 06492-0427

Officer James Byington,
President
Norwalk Police Union Local
1727
P.O. Box 266
South Norwalk, CT 06856

Paul Ariola, President
AFSCME Local 1237
c/o City Hall
235 Grand Street
Waterbury, CT 06702-1983

Robert F. Harrel, Jr., First
Selectman
Town Hall
2 Renshaw Road
Darien, CT 06820

Kenneth G. Bernhard, Esq.
Cohen & Wolf
P.O. Box 1821
Bridgeport, CT 06604

Honorable Gene F. Enriquez
City Hall
155 Deer Hill Avenue
Danbury, CT 06810

Ms. Judy Novacheck, First
Selectman
City Hall
Municipal Center
1 School Street
Bethel, CT 06801-0003

Chief Executive Officer
City Hall
45 Lyon Terrace, Room 124
Bridgeport, CT 06604-4062

Christopher Iovene, President
AFSCME Local # 1570
c/o City Hall
Municipal Building
P.O. Box 427
Wallingford, CT 06492-0427

David Riehl, President
AFSCME Local 1159
c/o City Hall
45 Lyon Terrace
Bridgeport, CT 06604-4062

Joseph Peabody, President
CIPU Local 15
7 Fan Hill Road
Monroe, CT 06468-1800

Thomas Murphy, President
CIPU Local 6
c/o City Hall
1 School Street
Bethel, CT 06801-0003

Richard Muth, President
AFSCME Local 1429
c/o City Hall
238 Danbury Road
Wilton, CT 06897

F:\COMM\jpc\21228.maj.doc

Michael Redgate, President
AFSCME Local # 1745
c/o Town Hall
5866 Main Street
Trumbull, CT 06611-3193

Sgt. Timothy Berry, President
Silver Shield Association
c/o Town Hall
P.O. Box 1123
Greenwich, CT 06836

IBPO #585
c/o Town Hall 2 Renshaw Road
Darien, CT 06810

Karl, Murphy, President
AFSCME Local 891
c/o City Hall
155 Deer Hill Avenue
Darien, CT 06810


Dated:    January **6**, 2004
Stamford, Connecticut

_____
Jonathan P. Whitcomb/ct015014

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERSTATE FLAGGING, INC. | ) ) | CIVIL ACTION NO. 303CV1788 (RNC) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JAMES A. WALTERS, ET AL | ) ) | |
| Defendants. | ) | January 6, 2004 |

**LOCAL RULE 9(c) 1 STATEMENT**

1. The Plaintiff alleges that it is a Connecticut corporation engaged in the business of providing traffic control services by certified flaggers for construction and/or utility maintenance contractors. (See Plaintiff Amended Complaint dated December 8, 2003 ¶ 1, a copy of which is attached hereto as Exhibit A.).

2. The Defendant is currently the Chief of Police for the Town of Greenwich. (See Affidavit of James A. Walters dated December 30, 2003, ¶ 1, a copy of which is attached hereto as Exhibit B).

3.  The Defendant assumed the duties of acting Chief of Police on December 1, 2002 and, thereafter, was appointed Chief of Police on March 14, 2003. (Exh. B ¶ 2).

4.  The Plaintiff alleges that the Defendant was Chief of Police during all times material to the Complaint and that, as Chief, he had policy(ies), regulation(s), ordinance(s) or custom requiring that police officers have the exclusive right or the right of first refusal to provide traffic control services for construction and/or utility maintenance contractors within the Town of Greenwich, or in specified areas. (Exh. A ¶¶ 3 and 5)

5.  Prior to December 1, 2002, including during the relevant time period set forth in the Plaintiff's Complaint, the Defendant was the Deputy Chief of Criminal Investigations for the Town of Greenwich Police Department with no responsibilities for the Traffic Division of the Police Department. (Exh. B ¶ 3).

6.  At no point during the time periods specified in the Plaintiff's Complaint, namely March 19, 2002 through May 7, 2002 did the Defendant have any supervisory authority over the

2

Traffic Division of the Police Department or any police officers working for said Division. (Exh. B ¶ 4).

                        THE DEFENDANT,
                        JAMES A. WALTERS

BY: _____
    Jonathan P. Whitcomb/ct15014
    DISERIO MARTIN O'CONNOR &
        CASTIGLIONI, LLP
    One Atlantic Street
    Stamford, CT 06901
    (203) 358-0800

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing has been mailed, postage prepaid to the following counsel and parties of record:

James S. Brewer, Esq.
818 Farmington Avenue
West Hartford, CT 06119

Karen L. Burnaska, Selectman
Town Hall
7 Fan Hill Road
Monroe, CT 06468-1800

Kenneth S. Halaby, First
Selectman
Town Hall
5866 Main Street
Trumbull, CT 06611-3193

William W. Dickinson, Jr.,
Mayor
Municipal Building
P.O. Box 427
Wallingford, CT 06492-0427

Officer James Byington,
President
Norwalk Police Union Local
1727
P.O. Box 266
South Norwalk, CT 06856

Paul Ariola, President
AFSCME Local 1237
c/o City Hall
235 Grand Street
Waterbury, CT 06702-1983

Robert F. Harrel, Jr., First
Selectman
Town Hall
2 Renshaw Road
Darien, CT 06820

Kenneth G. Bernhard, Esq.
Cohen & Wolf
P.O. Box 1821
Bridgeport, CT 06604

Honorable Gene F. Enriquez
City Hall
155 Deer Hill Avenue
Danbury, CT 06810

Ms. Judy Novacheck, First
Selectman
City Hall
Municipal Center
1 School Street
Bethel, CT 06801-0003

4

Chief Executive Officer
City Hall
45 Lyon Terrace, Room 124
Bridgeport, CT 06604-4062

Christopher Iovene, President
AFSCME Local # 1570
c/o City Hall
Municipal Building
P.O. Box 427
Wallingford, CT 06492-0427

David Riehl, President
AFSCME Local 1159
c/o City Hall
45 Lyon Terrace
Bridgeport, CT 06604-4062

Joseph Peabody, President
CIPU Local 15
7 Fan Hill Road
Monroe, CT 06468-1800

Thomas Murphy, President
CIPU Local 6
c/o City Hall
1 School Street
Bethel, CT 06801-0003

Richard Muth, President
AFSCME Local 1429
c/o City Hall
238 Danbury Road
Wilton, CT 06897

Michael Redgate, President
AFSCME Local # 1745
c/o Town Hall
5866 Main Street
Trumbull, CT 06611-3193

Sgt. Timothy Berry, President
Silver Shield Association
c/o Town Hall
P.O. Box 1123
Greenwich, CT 06836

IBPO #585
c/o Town Hall 2 Renshaw Road
Darien, CT 06810

Karl, Murphy, President
AFSCME Local 891
c/o City Hall
155 Deer Hill Avenue
Darien, CT 06810

Dated:    January 6, 2004
Stamford, Connecticut

_____
Jonathan P. Whitcomb/ct015014

P:\COMM\jpc\21228.9(c)(1).doc

5