UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERSTATE FLAGGING, INC. | ) ) ) | CIVIL ACTION NO. 303CV1788 (AWI) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JAMES A. WALTERS, ET AL | ) ) | |
| Defendants. | ) | December 30, 2003 |

## AFFIDAVIT OF JAMES A. WALTERS

I, James A. Walters, being of sound mind and legal age, having been duly sworn, do hereby depose and say:

1. I am currently the Chief of Police for the Town of Greenwich.

2. I assumed the duties of acting Chief of Police on December 1, 2002 and, thereafter, was appointed Chief of Police on March 14, 2003.

3. Prior to December 1, 2002, including during all relevant time periods set forth in the Plaintiff's Complaint, I was the Deputy Chief of Criminal Investigations with no responsibilities for the Traffic Division of the Police Department.

4.  At no time during the time periods specified in the Plaintiff's Complaint, namely March 19, 2002 through May 7, 2002 did I have any supervisory responsibility for the Traffic Division of the Police Department or any police officers working for said Division.

_____
James A. Walters

Subscribed and sworn to before me
this 30th day of December, 2003.

_____
Notary Public
My Commissions Expires: 10/31/2008

2